## DENNEY v. STATE.
### No. 14085.

Court of Criminal Appeals of Texas.
Jan. 21, 1931.

Scarborough, Ely & King, of Abilene, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

### CALHOUN, J.

Offense, aggravated assault; penalty, one year in the county jail and a fine of $50.

The record in this case is here without either a statement of facts or any bill of exception, and presents nothing for review.

The judgment is affirmed.

### PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.